# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:
**ELECTRIC WORKERS' PENSION
TRUST FUND OF LOCAL UNION
#58**
                    **Plaintiff,**

-vs-                                          Case No.  **6:07-mc-116-Orl-31DAB**

**CONSOLIDATED ELECTRIC AND
TECHNOLOGY ASSOCIATES
CORPORATION, ET AL**
                    **Defendants.**
_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

        This cause came on for consideration without oral argument on the following motions filed

herein:

| MOTION: | MOTION FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT (Doc. No. 2) |
|---|---|
| FILED: | February 18, 2008 |

| MOTION: | MOTION FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT (Doc. No. 3) |
|---|---|
| FILED: | February 18, 2008 |

        It appears from the motions and proposed writs that this cause lacks any connection to the

counties within this division.  As Plaintiff seeks writs to be served on Jacksonville entities, it is

**respectfully recommended** that the case be **transferred** to the Jacksonville Division, pursuant to Local Rule 1.02.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 28, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy