# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELECTRIC WORKERS' PENSION
TRUST FUND OF LOCAL UNION #58,
IBEW,**

       **Plaintiff,**

**-vs-**          Case No. 6:07-mc-116-Orl-31DAB

**CONSOLIDATED ELECTRIC AND
TECHNOLOGY ASSOCIATES
CORPORATION,**

       **Defendants.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation (Doc. No. 4) issued by Magistrate Judge David A. Baker recommending that the case be transferred to the Jacksonville Division. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The case is transferred to the United States District Court, Jacksonville Division.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 19th day of March, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE